GEORGE D. YARON, ESQ. (State Bar #96246)
KEITH E. PATTERSON, ESQ. (State Bar #225753)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
TOP INNOVATIONS, INC.

FILED
2007 AUG 24 P 2: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIEN NGUYEN,

    Plaintiff,

vs.

TOP INNOVATIONS, INC., COSTCO and Does 1 to 20,

    Defendants.

Case No. C 07 04386 HRL

**JURY TRIAL DEMAND**

## JURY TRIAL DEMAND

TOP INNOVATIONS, INC. hereby demands a trial by jury of all issues in this case.

DATED: August 24, 2007

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
KEITH E. PATTERSON
Attorneys for Defendant
TOP INNOVATIONS, INC.