**United States District Court**
For the Northern District of California

**\*E-FILED: 8.27.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIEN NGUYEN, | No. C07-04386 HRL |
|     Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| TOP INNOVATIONS, INC. COSTCO and DOES 1 TO 20, | |
|     Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

Dated:   August 27, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:07-cv-4386 Notice has been electronically mailed to:

2  Gregg Lee Kays g.kays@sbcglobal.net

3  Keith E. Patterson kpatterson@yaronlaw.com, keithypat@aol.com

4  George D. Yaron gyaron@yaronlaw.com

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.