```
GREGG L. KAYS, ESQ. (SBN 82052)
NORLAND & KAYS
111 North Market Street, Suite 414
San Jose, California 95113

Telephone: (408) 993-8100
Facsimile: (408) 993-0173

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIEN NGUYEN,<br><br>       Plaintiff,<br><br>v.<br><br>TOP INNOVATIONS, INC., and COSTCO<br><br>       Defendants. | No.  C07 04386 JF<br><br>**JURY TRIAL DEMAND** |

JURY TRIAL DEMAND

Plaintiff Tien Nguyen demands a jury trial in this case.

```
DATED:   August 28, 2007           NORLAND & KAYS


                                   By: /S/_____
                                        GREGG L. KAYS
                                        Attorney for Plaintiff
```