| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | (415) 658-2929 | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| YARON & ASSOCIATES<br>601 CALIFORNIA STREET, 21ST FLOOR<br>SAN FRANCISCO, CA 94108<br>Attorney(s) for: DEFENDANTS, TOP INNOVATIONS, INC.<br>Ref: 690408 | | | | | |
| TIEN NGUYEN<br>vs. TOP INNOVATIONS, INC., COSTCO, et al. | | | | | |
| **PROOF OF SERVICE** | DATE: | | TIME: | DEPT | CASE NUMBER:<br>C0704386 HRL |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
CIVIL COVER SHEET; NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441(b) and 1446; DECLARATION OF GEORGE D. YARON; ANSWER TO PLANTIFF'S COMPLAINT; JURY TRIAL DEMAND; NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. Sections 1441(b) and 1446; CIVIL LAWSUIT NOTICE and ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/CIVIL DIVISION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE and ADR DEADLINES

2. a. Party served: NORLAND & KAYS

   b. Witness served: R. LEELAND ACCEPTED SERVICE FOR NORLAND & KAYS

   c. Address: 111 N. MARKET STREET
   SAN JOSE, CA 95113

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: 08-24-07          (2) at: 4:55PM

4. I received this documents for service on (date): AUGUST 24, 2007

5. Person serving:
ALBERTO REYES
WORLDWIDE NETWORK, INC.
520 TOWNSEND STREET, 1ST FLOOR
SAN FRANCISCO, CALIFORNIA 94103
(415) 503-0900

a. Fee for service $

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: August 28, 2007                                   /s/ Alberto Reyes

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE