UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TIEN NGUYEN

                Plaintiff(s),

v.

TOP INNOVATIONS, INC., COSTCO
and Does 1 to 20
                Defendant(s).

Case No. C 07 04386 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/15/07

/S/ Benny Lee
[Party]

Dated: 11/16/07

/S/ Keith E. Patterson
[Counsel]

```
I hereby attest that I have on file all holograph signatures for
any signatures indicated by a "conformed" signature (/S/) within
this efiled document.
```