UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, December 7, 2007
**Case Number:** CV-07-4386-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    **TIEN NGUYEN V. TOP INNOVATIONS, INC., ET AL**

   **PLAINTIFF**                           **DEFENDANT**

**Attorneys Present: Gregg Kays**          **Attorneys Present: Keith Patterson**

PROCEEDINGS:

Case management conference held. Parties are present. Continued to 3/7/08 at 10:30 a.m. for further case management conference. The parties are referred to court mediation.