ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

February 25, 2008

Gregg Lee Kays
Norland & Kays
111 North Market Street
Suite 414
San Jose, CA 95113
408-993-8100

Keith E. Patterson
George D. Yaron
Yaron & Associates
601 California Street
21st. Floor
San Francisco, CA 94108-2281
415-658-2929

Re: Nguyen v. Top Innovations, Inc.
Case No. C 07-04386 JF MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our ADR Program Staff Attorneys, to discuss the Mediation. We scheduled this for **Tuesday, March 4, 2008 at 10:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator