**\*\*E-filed 3/14/08\*\***

1  GEORGE D. YARON, ESQ. (State Bar #96246)
   KEITH E. PATTERSON, ESQ. (State Bar #225753)
2  **YARON & ASSOCIATES**
   601 California Street, 21st Floor
3  San Francisco, California 94108-2281
   Telephone: (415) 658-2929
4  Facsimile: (415) 658-2930

5  Attorneys for Defendant
   Top Innovations, Inc.

6
   GREGG L. KAYS (State Bar #82052)
7  **NORLAND & KAYS**
   111 North Market Street, Suite 414
8  San Jose, California 95113
   Telephone: 408.993.8100
9  Facsimile: 408.993.0173

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16

17 | TIEN NGUYEN | ) | No. 5:07-CV-04386-JF |
18 |             | ) |                      |
   | Plaintiff,  | ) | [~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
19 |             | ) |
20 | v.          | ) |
21 | TOP INNOVATIONS, INC. | ) |
22 | Defendant   | ) |

23

24     Having considered the Joint Stipulation filed by the parties, and upon a showing of good cause,
25
26 the Joint Stipulation to extend time for Mediation and to continue the Case Management Conference is
27 hereby approved by the Court.

28

---
Order [Proposed]                                1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for completion of

2  the Mediation in this matter is extended to May 8, 2008, and the Case Management Conference is

3  continued to May 16, 2008, at 10:30 a.m.

4

5

6  Dated: 3/14/08

   HONORABLE JEREMY FOGEL
7  UNITED STATES DISTRICT COURT JUDGE

8

...

28

2

Order [Proposed]

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California Street, 21st Floor, San Francisco, California 94108-2826.

On **March 12, 2008**, I served the within:

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AS LISTED ON ECF PACER

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **March 12, 2008**, at San Francisco, California.

_____
IRIS NISHIMOTO