GEORGE D. YARON, ESQ. (State Bar #96246)
KEITH E. PATTERSON, ESQ. (State Bar #225753)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
Top Innovations, Inc.

GREGG L. KAYS (State Bar #82052)
**NORLAND & KAYS**
111 North Market Street, Suite 414
San Jose, California 95113
Telephone: 408.993.8100
Facsimile: 408.993.0173

Attorneys for Plaintiff

\*\*E-filed 3/14/08\*\*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TIEN NGUYEN<br><br>Plaintiff,<br><br>v.<br><br>TOP INNOVATIONS, INC.<br><br>Defendant | No. 5:07-CV-04386-JF<br><br>[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE |

Having considered the Joint Stipulation filed by the parties, and upon a showing of good cause, the Joint Stipulation to extend time for Mediation and to continue the Case Management Conference is hereby approved by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for completion of the Mediation in this matter is extended to May 8, 2008, and the Case Management Conference is continued to May 16, 2008, at 10:30 a.m.

Dated: 3/14/08

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California Street, 21st Floor, San Francisco, California 94108-2826.

On **March 12, 2008**, I served the within:

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AS LISTED ON ECF PACER

✖ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **March 12, 2008**, at San Francisco, California.

_____
IRIS NISHIMOTO