# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                              Time in Court: 1 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:** Tien Nguyen v. Top Innovations, Inc. et al
**CASE NUMBER**: C07-4386JF
Plaintiff Attorney present: Not present
Defendant Attorney present: Keith Patterson via telephone

---

**PROCEEDINGS: Further Case Management Conference**


Further Case Management Conference scheduled for July 11, 2008 at 10:30 a.m.