**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, July 11, 2008
**Case Number:** CV-07-4386-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:         **TIEN NGUYEN V. TOP INNOVATIONS, INC., ET AL**

                  **PLAINTIFF**                          **DEFENDANT**

   **Attorneys Present:**                    **Attorneys Present:** Keith Patterson

---

PROCEEDINGS:
   Further case management conference held.  Counsel for defendant is present.
   The Court sets the case for Order to Show Cause re Dismissal hearing on 8/8/08 at 10:30 a.m.