UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, August 8, 2008
**Case Number:** CV-07-4386-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | TIEN NGUYEN V. TOP INNOVATIONS, INC., ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** | **Attorneys Present:** Keith Patterson |

PROCEEDINGS:

    Show cause hearing held.  Counsel for defendant is present.  The Court dismisses the case for lack of prosecution and directs the clerk to close the file.